Submitted on record and briefs April 2, reversed and remanded for new trial
May 19, 1999

STATE OF OREGON,
*Respondent,*

*v.*

MARCUS LAVERN GRAY,
*Appellant.*

(C97086354; CA A100085)

987 P2d 523

David E. Groom, Public Defender, and Andrew S. Chilton, Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals a judgment of conviction for one count of unlawful possession of a weapon. He assigns error to the trial court's decision to permit him to represent himself at trial without first determining whether he knowingly and intentionally waived his right to representation. The state concedes that the record does not show that defendant knowingly and intentionally waived his right. We accept the concession.

Reversed and remanded for a new trial.